IN THE DISTRICT COURT OF OKLAHOMA COUNTY
STATE OF OKLAHOMA

FILED IN DISTRICT COURT
OKLAHOMA COUNTY

AUG 1 2 2014

TIM RHODES
COURT CLERK
75_____

| | |
|---|---|
| ANDREA PHILLIPS, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) |
| Defendant. | ) |

CJ- 2014-4541

## PETITION

Plaintiff, Andrea Phillips ("Mrs. Phillips"), for her action against defendant, Hartford Life and Accident Insurance Company ("The Hartford"), alleges and states as follows:

### JURISDICTION AND VENUE

1. Mrs. Phillips is a citizen of Oklahoma.

2. The Hartford is a Connecticut insurance company that issues policies of insurance in the State of Oklahoma.

3. Mrs. Phillips was an "insured person" under a policy of insurance (the "Policy") that was written by The Hartford for customers of Tinker Federal Credit Union. Mrs. Phillips' husband, Mark Phillips, was a "covered person" under the Policy.

4. The Policy provides coverage of up to $100,000 in financial benefits for Mrs. Phillips and her family for accidental injury or death.

5. On November 24, 2013, Mark Phillips was accidently killed in Caddo County when he ingested medications that were prescribed by doctors.

6. Jurisdiction and venue are appropriate in this judicial district.



## COUNT I - BREACH OF CONTRACT

7. The official Oklahoma "Certificate of Death" determined that Mark Phillips' manner of death was an "Accident."

8. Mrs. Phillips made a timely claim for accidental death benefits under the Policy.

9. On June 6, 2014, and again on July 28, 2014, The Hartford denied Mrs. Phillips' claim for accidental death benefits.

10. The Hartford's denials of Mrs. Phillips' claim constituted a "breach" of the Policy.

## COUNT II - PUNITIVE DAMAGES

11. The Hartford's letters to Mrs. Phillips acknowledged that the State of Oklahoma officially ruled Mark Phillips' death to be an accident. Accordingly, the Hartford's denials of benefits were either a reckless or malicious breach of the insurer's duty of good faith and fair dealing.

## COUNT III - DECLARATORY JUDGMENT

12. In cases of actual controversy, 12 O.S. §§ 1651 *et seq.* provides authority for the District Court to determine rights, status, or legal relations; including but not limited to, the construction or validity of any contract, instrument or agreement.

13. Mrs. Phillips has already pleaded that an actual controversy exists between Mrs. Phillips and The Hartford over her entitlement to benefits. Accordingly, the District Court has authority to enter a judgment to declare the rights and obligations of these parties.

## PRAYER

WHEREFORE, premises considered, Andrea Phillips prays for Judgment against Hartford Life and Accident Insurance Company as follows:

1. Breach of contract damages of $100,000;

2. Interest pursuant to Okla.Stat.tit. 23 §§ 6 & 22;

3. Punitive damages pursuant to Okla.Stat.tit. 23 § 9.1;

4. A judgment declaring the rights and obligations of Mrs. Phillips and The Hartford;

5. An award of attorney's fees and costs; and,

6. All further relief that the Court deems is just and equitable.

_____
Robert C. Brown Jr., OBA #21113
TOMMY KLEPPER & ASSOCIATES, PLLC
702 Wall Street, Suite 100 (73069)
Post Office Box 721980
Norman, Oklahoma 73070
Telephone: 405/928-5055; Facsimile: 405/928-5059
Attorneys for Plaintiff

ATTORNEY LIEN CLAIMED