IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ANDREA PHILLIPS, | ) |
| | ) |
|        Plaintiff, | ) |
| | ) |
| v. | )   Case No. 14-CV-00935-C |
| | ) |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, | ) ) |
| | ) |
|        Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Andrea Phillips, stipulates with the Defendant, Hartford Life and Accident Insurance Company, that her claims in the above-styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted this 20th day of February, 2015.

/s Robert C. Brown Jr._____
Robert C. Brown Jr., OBA #21113
Tommy D. Klepper, OBA #22199
TOMMY KLEPPER & ASSOCIATES, PLLC
702 Wall Street, Suite 100 (73069)
P.O. Box 721980
Norman, OK 73070
Telephone: (405) 928-5055
Fax: (405) 928-5059
BobBrown@tommyklepperlaw.com
TommyKlepper@tommyklepperlaw.com

ATTORNEYS FOR PLAINTIFF
ANDREA PHILLIPS

/s Jodi W. Dishman
*(Signed with Permission)*
Jodi W. Dishman, OBA # 20677
Anna Imose, OBA #32021
McAFEE & TAFT, A PROFESSIONAL CORPORATION
10th Floor, Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103
Telephone: (405) 235-9621
Fax: (405) 235-0439
jodi.dishman@mcafeetaft.com
anna.imose@mcafeetaft.com

ATTORNEYS FOR DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY